1  **MANATT, PHELPS & PHILLIPS, LLP**
   Christine M. Reilly (SBN 226388)
2  creilly@manatt.com
   11355 W. Olympic Boulevard
3  Los Angeles, CA 90064
   Telephone: (310) 312-4237
4  Facsimile: (310) 996-7037

5  Attorneys for Defendant
   ALLIANCE HEALTH NETWORKS, LLC
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JEFF LINGLE AND XUANDAO GRAY-LINGLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLIANCE HEALTH NETWORKS, LLC,<br><br>    Defendant. | Case No. 2:17-cv-00056-TLB-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |
|---|---|

WHEREAS, it is hereby stipulated by and between the parties, through the respective attorneys of record, as follows:

WHEREAS, Plaintiff filed his Complaint in this action on January 10, 2017 in the United States District Court for the Eastern District of California and served the Complaint on February 3, 2017.

WHEREAS, pursuant to Rule 21 of the Federal Rules of Civil Procedure, the current deadline for Defendant to respond to the Complaint is February 24, 2017.

WHEREAS, Defendant recently retained counsel in this matter.

WHEREAS, Defendant seeks an extension of time of forty-five (45) days to

1  serve and file its response to the Complaint.

2  WHEREAS, Having just recently been retained, the requested extension is
3  necessary for Defendant's counsel to complete a thorough review and analysis of
4  the Complaint's allegations, research the underlying facts, and formulate a
5  sufficient response by answer or motion.

6  WHEREAS, The requested extension will also promote efficiency and
7  settlement by enabling Defendant to further pursue a preliminary settlement
8  dialogue and possibly secure a speedy resolution of this matter without incurring
9  legal expenses in preparing a responsive pleading, including a Rule 12(b) motion
10  that would necessitate further litigation expense and judicial labor.

11  WHEREAS, Defendant does not seek the requested extension for purposes of
12  delay, but rather to enable its attorneys to formulate a sufficient responsive pleading
13  after pursuing an early resolution of this dispute.

14  THEREFORE, the parties stipulate to and respectfully request an order
15  extending the time for Defendant to respond to the Complaint until and including
16  April 7, 2017, or such other date as the Court may find appropriate.

17  Respectfully submitted,

19  Dated: February 23, 2017    MANATT, PHELPS & PHILLIPS, LLP

21  By: /s/ Christine M. Reilly
    Attorneys for Defendant
22  ALLIANCE HEALTH NETWORKS, LLC

23  Dated: February 23, 2017    LAW OFFICES OF TODD FRIEDMAN

25  /s Adrian R. Bacon
    Adrian R. Bacon, Esq.
26  Attorney for Plaintiffs
27  Jeff Lingle and Xuandao Gray-Lingle

28

**IT IS SO ORDERED.**

Dated:  February 23, 2017

_____
Troy L. Nunley
United States District Judge

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 3 -

POINTS & AUTHORITIES IN SUPPORT OF
MOTION TO DISMISS COMPLAINT