**MANATT, PHELPS & PHILLIPS, LLP**
Christine M. Reilly (SBN 226388)
creilly@manatt.com
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4237
Facsimile: (310) 996-7037

Attorneys for Defendant
ALLIANCE HEALTH NETWORKS, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF LINGLE AND XUANDAO GRAY-LINGLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE HEALTH NETWORKS, LLC,<br><br>Defendant. | Case No. 2:17-cv-00056-TLB-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT AND EXTENDING TIME TO FILE JOINT REPORT** |

WHEREAS, it is hereby stipulated by and between the parties, through their respective attorneys of record, as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on January 10, 2017 in the United States District Court for the Eastern District of California;

WHEREAS, the deadline for Defendant to respond to the Complaint is April 7, 2017;

WHEREAS, the parties are engaged in discussions expected to lead to an early resolution of this matter;

WHEREAS, Defendant seeks an extension of time of thirty (30) days to

serve and file its response to the Complaint;

WHEREAS, pursuant to this Court's January 10, 2017 Order (Dkt. 3), the current deadline for the parties to submit a joint status report is April 4, 2017;

WHEREAS, the parties jointly request a forty-five (45) day extension to submit their joint report;

WHEREAS, the requested extension will promote efficiency and settlement by enabling the parties to continue pursuing a preliminary settlement and possibly secure a speedy resolution of this matter without incurring legal expenses in preparing a responsive pleading and joint report, that would necessitate further litigation expense and judicial labor.

WHEREAS, the parties not seek the requested extension for purposes of delay, but rather to enable their attorneys pursue an early resolution of this dispute.

THEREFORE, the parties stipulate to and respectfully request an order extending the time for Defendant to respond to the Complaint until and including May 8, 2017, and extending the time for the parties to file their joint report, up to and including May 16, 2017, or such other date as the Court may find appropriate.

Respectfully submitted,

Dated: April 4, 2017        MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Christine M. Reilly*
Attorneys for Defendant
ALLIANCE HEALTH NETWORKS, LLC

Dated: April 4, 2017        LAW OFFICES OF TODD FRIEDMAN

/s Adrian R. Bacon
Adrian R. Bacon, Esq.
Attorney for Plaintiffs
Jeff Lingle and Xuandao Gray-Lingle

**IT IS SO ORDERED.**

Dated: April 04, 2017

_____
Troy L. Nunley
United States District Judge