1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
3  Meghan E. George (SBN 274525)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4  21550 Oxnard St., Suite 780
5  Woodland Hills, CA 91367
   Phone: 877-206-4741
6  Fax: 866-633-0228
7  tfriedman@ toddflaw.com
   abacon@ toddflaw.com
8  mgeorge@toddflaw.com
9  *Attorneys for Plaintiff*

10               **UNITED STATES DISTRICT COURT**
11               **EASTERN DISTRICT OF CALIFORNIA**

12 | JEFF LINGLE AND XUANDAO         ) Case No2:17-cv-00056-TLN-DB
13 | GRAY-LINGLE, individually and on )
   | behalf of all others similarly situated, ) **NOTICE OF VOLUNTARY**
14 |                                  ) **DISMISSAL WITHOUT**
15 | Plaintiff,                       ) **PREJUDICE**
   |                                  )
16 |      vs.                         )
17 |                                  )
18 | ALLIANCE HEALTH NETWORKS,        )
   | LLC, and DOES 1 through 10,      )
19 | inclusive, and each of them,     )
20 |                                  )
   | Defendant.                       )
21

22  ///

23  ///
24
25  ///

26
    ///
27

28

Notice of Dismissal - 1

NOW COMES THE PLAINTIFFS by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Dated: May 1, 2017     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                                        By: /s/Todd M. Friedman_____
                                            Todd M. Friedman, Esq.
                                            Attorney for Plaintiff

Filed electronically on this 1st day of May, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 1st day of May, 2017, via the ECF system to:

Honorable Judge Troy L. Nunley
United States District Court
Eastern District of California

Christine Marie Reilly
Manatt Phelps & Phillips LLP
Email: creilly@manatt.com

This 1st day of May, 2017.
By: /s/Todd M. Friedman
     Todd M. Friedman